No. 09-11167. Willie Christopher Johnson, Petitioner v. United States.

562 U.S. 865, 131 S. Ct. 152, 178 L. Ed. 2d 91, 2010 U.S. LEXIS 6692.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-11168. Kimberly Chancellor, Petitioner v. United States.

562 U.S. 865, 131 S. Ct. 152, 178 L. Ed. 2d 91, 2010 U.S. LEXIS 6976.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 376 Fed. Appx. 826.

No. 09-11169. Raymond Militante Rebaya, Petitioner v. United States.

562 U.S. 865, 131 S. Ct. 152, 178 L. Ed. 2d 91, 2010 U.S. LEXIS 6805.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 368 Fed. Appx. 770.

No. 09-11170. David Rucker, Petitioner v. Jim Hamlet, Warden.

562 U.S. 865, 131 S. Ct. 152, 178 L. Ed. 2d 91, 2010 U.S. LEXIS 6490.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 786.

No. 09-11171. James W. Smith, Petitioner v. Wisconsin.

562 U.S. 865, 131 S. Ct. 153, 178 L. Ed. 2d 91, 2010 U.S. LEXIS 6488.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 323 Wis. 2d 377, 780 N.W.2d 90.

No. 09-11172. Robert Servin, Petitioner v. E. K. McDaniel, Warden.

562 U.S. 865, 131 S. Ct. 153, 178 L. Ed. 2d 91, 2010 U.S. LEXIS 6332.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 368 Fed. Appx. 778.

No. 09-11173. Juvenile Male, Petitioner v. United States.

562 U.S. 865, 131 S. Ct. 153, 178 L. Ed. 2d 91, 2010 U.S. LEXIS 6685.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 286 Fed. Appx. 502.

No. 09-11174. Dale Shoop, Petitioner v. West Virginia.

562 U.S. 865, 131 S. Ct. 153, 178 L. Ed. 2d 91, 2010 U.S. LEXIS 6617.

October 4, 2010. Petition for writ of certiorari to the Circuit Court of West Virginia, Morgan County, denied.